IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV537

| | |
|---|---|
| PHYLLIS SCHULTZ and MATTHEW GROMET, ) ) ) Plaintiffs, ) ) v. ) ) BEN & JERRY'S HOMEMADE, INC., ) and BEN & JERRY'S FRANCHISING, INC., ) ) Defendants. ) ) | **ORDER FOR ADMISSION** *PRO HAC VICE* |

This matter is before the Court on the motion of James H. Pulliam of Nexsen Pruet Adams Kleemeier, PLLC, pursuant to this Court's rules governing the admission and practice of attorneys, for the admission *pro hac vice* of John J. Dwyer in these proceedings in association with Mr. Pulliam for Defendants.

Based upon the motion for admission and the affidavit of Mr. Dwyer in support of this motion, it is hereby ORDERED that John J. Dwyer be admitted *pro hac vice* in this proceeding as co-counsel of record in association with James H. Pulliam of Nexsen Pruet Adams Kleemeier, LLC counsel for Defendants.

Signed: May 17, 2006

David C. Keesler
United States Magistrate Judge